IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  13-6885 |
| RAFAEL MARTINEZ, et al. | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this *23rd* day of *October*, 2014, upon consideration of Plaintiff J & J Sports Productions, Inc.'s Motion for Summary Judgment (Docket No. 12), the Response of Defendants Rafael Martinez, Maria Martinez, and 300 R & M, Inc. (Docket 13), and Plaintiff's Reply Brief (Docket 16), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment against Defendants Rafael and Maria Martinez in their individual capacities is **DENIED**.

2. Plaintiff's Motion for Summary Judgment against Defendants in their corporate capacities is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Plaintiff J & J Sports Productions, Inc. and against Defendants Rafael Martinez, Maria Martinez, and 300 R & M in their corporate capacities in the amount of $7,200 plus attorneys' fees and costs.

4. Within fourteen (14) days from the date of this Order, Plaintiff shall submit evidence of its costs and fees sought to be recovered pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

It is so **ORDERED**.[1]

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

---

[1] Plaintiff's Complaint alleges a claim for conversion on which it did not move for summary judgment. Moreover, although Plaintiff could not establish its entitlement to summary judgment as to the Defendants' individual liability, Defendants did not seek summary judgment on this claim. As these two causes of action remain pending, this case cannot yet be closed absent either a motion for summary judgment by Defendants, a voluntary dismissal of these claims by Plaintiff, or a trial.